No. 76–1260.   SMITH *v.* MARTIN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 76–1284.   AMOCO OIL CO. *v.* OIL, CHEMICAL & ATOMIC WORKERS, INTERNATIONAL UNION, LOCAL 7–1, INC., ET AL. C. A. 7th Cir.   Certiorari denied.

No. 76–1295.   FINNEY *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 76–1366.   INDIVIGLIA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–5631.   JOSEPH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–5969.   WARHOLIC *v.* UNITED STATES; and
No. 76–6142.   RICCARDI *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–6026.   WINFORD *v.* HOPPER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 76–6031.   REDDING *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–6068.   SKINNER *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 76–6075.   FIMBRES *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–6076.   WIGGINS *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 76–6093.   KLARE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.